# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JASON JARRELL SPIKES

NO. 2021 KW 0623

OCTOBER 1, 2021

---

In Re:   Jason Jarrell Spikes, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 16-CR6-129868.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT APPLICATION DISMISSED.** Relator has not pointed to any specific ruling of the Twenty-Second Judicial District Court for this court to consider. Furthermore, this court has no jurisdiction over matters originating from the United States District Court for the Eastern District of Louisiana.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT